Certificate Number: 14912-WIW-DE-031945508

Bankruptcy Case Number: 18-12493



14912-WIW-DE-031945508

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 26, 2018, at 11:34 o'clock AM EST, Jeffery Hair Jr completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Wisconsin.

Date:    November 26, 2018             By:    /s/Jai Bhatt

                                        Name:  Jai Bhatt

                                        Title: Counselor