Certificate Number: 14912-PAW-DE-031937484

Bankruptcy Case Number: 18-24115



14912-PAW-DE-031937484

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>November 23, 2018</u>, at <u>10:43</u> o'clock <u>AM EST</u>, <u>Heather Snow</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>November 23, 2018</u>

By:   <u>/s/Jai Bhatt</u>

Name:   <u>Jai Bhatt</u>

Title:   <u>Counselor</u>