**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jeffrey John Snow**
**Heather Marie Snow**
   Debtor(s)

Bankruptcy Case No.: 18–24115–TPA

Chapter: 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

   Natalie Lutz Cardiello is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: March 13, 2019

<u>Thomas P. Agresti</u>
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 18-24115-TPA
Jeffrey John Snow                                                               Chapter 7
Heather Marie Snow
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin              Page 1 of 1              Date Rcvd: Mar 13, 2019
                              Form ID: 129             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2019.
db         +Jeffrey John Snow,    222 1/2 8th Avenue,    Butler, PA 16001-5644
jdb        +Heather Marie Snow,   409 North 6th Avenue,    Butler, PA 16001-4155

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2019 at the address(es) listed below:
      Dai  Rosenblum    on behalf of Defendant Heather Marie Snow Jody@dairosenblumbankruptcy.com,
      pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
      Dai  Rosenblum    on behalf of Debtor Jeffrey John Snow Jody@dairosenblumbankruptcy.com,
      pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
      Dai  Rosenblum    on behalf of Joint Debtor Heather Marie Snow Jody@dairosenblumbankruptcy.com,
      pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
      James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
      Natalie Lutz Cardiello     ncardiello@comcast.net, ncardiello@ecf.axosfs.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                    TOTAL: 6